# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

V.

**ERIK EPPERSON**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:11-mj-460

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about January 30, and 31, 2011, from Fountain County, in the Southern District of Indiana, to the Southern District of California,  defendant did, (Track Statutory Language of Offense)

travel in interstate commerce for the purpose of engaging in and illicit sexual conduct with minor female

in violation of Title 18, United States Code, Section 2423(b).  I further state that I am a Special Agent and that this complaint is based on the following facts:

See attached affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Jacob A. Overton

Sworn to before me, and subscribed in my presence

July **29** 2011
**Date**

Craig M. McKee, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

at _____ Terre Haute, Indiana
**City and State**

_____
**Signature of Judicial Officer**

AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Jacob A. Overton, being duly sworn, depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since April 4, 2004. I am currently assigned to the Indianapolis Field Office Terre Haute Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations to include public corruption, drugs, civil rights, violent crimes, child exploitation, and child pornography.

2. I am investigating the activities of Erik Epperson (hereinafter "Epperson"), a white male, DOB 1989 (age 22 currently, but age 21 in January, 2011) in relation to violation of Title 18, United States Code, Section 2423(b), which criminalizes the travel across state lines for the purpose of engaging in criminal sexual activity with a minor. This affidavit is made in support of an application for an arrest warrant for a violation of Title 18, United States Code, Section 2423(b).

3. The statements contained in this affidavit are either personally known to me or have been provided by SA Kristen Robinson (hereinafter "Robinson") and other Special Agents of the FBI, and conversations held with officers from other state and local law enforcement agencies. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause to believe that Epperson has committed a violation of Title 18, United States Code, Section 2423(b).

4. 18 U.S.C. § 2423(b) prohibits anyone from traveling in interstate or foreign commerce for the purpose of engaging in any illicit sexual act, as defined in Section 2246, with a person under 18 that would be a violation of chapter 109A if the sexual act occurred in the special

maritime and territorial jurisdiction of the United States.

5. The Indianapolis Division began this investigation after receiving the following information from Special Agent Robinson of the San Diego Division of the FBI in April 2011:

6. On March 09, 2011, the San Diego Division received information from Witness 1 (fully identified by law enforcement), mother of a 14-year-old Juvenile 1 (fully identified by law enforcement) whose date of birth is 1996 (full date of birth known to law enforcement). Witness 1 received a phone call from the Resource Officer at her daughter's school. Officer Thornton advised that another student told him that Juvenile 1 had met an older male on Facebook, and that male had flown out to San Diego and had sex with Juvenile 1. Witness 1 confronted her daughter, who told her that back in January, a guy she had met on Facebook did fly out to San Diego. Juvenile 1's older step-sister drove her to the airport where they picked up Epperson and eventually went to her step-sister's house to spend the night. Witness 1 recalled a night in late January when Juvenile 1 asked her if she could stay at her step-sister's house over night to watch her step-sister's kids so her step-sister could go out with her husband. Her step-sister would drive her to school the next day.

7. On March 11, 2011, Juvenile 1 was interviewed by SA Robinson at her school. Juvenile 1 advised that she met Epperson on Facebook as he was a friend of one of her friends. Juvenile 1 said Epperson knew she was 14 years old and told her he could get in trouble if anyone found out about their relationship. Epperson had talked with Juvenile 1 on the computer and the phone about having sex with her when he came out to San Diego from Indiana where he lives. Juvenile 1 said Epperson sent her photographs of his penis and Juvenile 1 deleted them

2

later so that no one else would see them. Epperson also requested that Juvenile 1 take nude photos of herself and send them to him. Juvenile 1 denied sending any nude photos of herself to Epperson. Juvenile 1 advised that at the end of January, Epperson flew to San Diego, California. Juvenile 1's older step-sister picked him up at the San Diego International airport on Harbor Drive, San Diego, CA, drove them around a bit, and then later took them up to her house. Later that night, Juvenile 1 and Epperson had sex on the couch where they slept. They used condoms that Epperson brought. In the morning they had sex again and then took a shower together. The step-sister's husband felt that Epperson should go back home, and though he did not have a return ticket, Juvenile 1's step-sister drove him to Juvenile 1's school where she dropped Juvenile 1 off, and then took Epperson to the airport.

8. On March 12, 2011, Witness 1 received a phone call. When she answered, a male said "(Juvenile 1)?" Witness 1 advised she was Juvenile 1's mother. The male identified himself as "Erik" (Epperson) and told Witness 1 he loved her daughter. Witness 1 asked Epperson how old he was, to which he responded that he was 18. Witness 1 told him that his Facebook page indicated he was 21. Epperson responded something to the effect of "well, that's what people want to hear, I'm 18." Witness 1 told Epperson that Juvenile 1 was only 14 years old and to stop calling her. Epperson said he initially thought she was 17 because she acts so grown up, but she had told him she was 14. Epperson told Witness 1 something to the effect of "I know I could have gone to jail for 30 years" if he continued the relationship. Witness 1 asked Epperson how he got her cellular phone number and he replied that he just found it. Witness 1 believes Juvenile 1 has texted and called Epperson on the cell phone and Epperson likely believed it was Juvenile 1's cell phone. Witness 1 provided the caller's cellular phone number as (765) 585-4257. ATT

3

subsequently provided that phone number (765) 585-4257, is a pre-paid cellular phone subscribed to by Erik Epperson, of 1101 N. Sterling Ave, Veedersburg, IN, contact email address of erikepperson@yahoo.com.  Witness 1 advised that the following day, Epperson changed his Facebook page name from "Erik Okuzaki" to "Tomoyo Yamasaki" and changed his photo to another photo depicting himself.

9.  On March 13, 2011, Agent Robinson looked through the Facebook page of Juvenile 1 with the log-on provided by Witness 1.  Several photographs were seen of Juvenile 1 kissing a male on a couch, and some of her and a male outside (appears to be Coronado Island in San Diego, California). In a few of the photographs, Juvenile 1 has on pants and a bra.  In looking at the wall of her friend "Erik Okuzaki", there is a photograph of an unknown female holding up a sign that says something to the effect of "Hi Erik Epperson".  On the front page of "Erik Okuzaki" a post indicates his birthday is July 19, and he graduated from high school in 2008.

10.  On March 14, 2011, a query of the Department of Motor Vehicles in Indianapolis, Indiana returned a driver's license photograph of Erik Epperson, date of birth 1989 (full date of birth known to law enforcement, currently age 21).  The individual appears to be the same individual depicted on "Erik Okuzaki's" Facebook page as well as the same individual depicted in the photos together with Juvenile 1 on Juvenile 1's Facebook page.

11.  On March 15, 2011, SA Robinson looked through printed messages between Juvenile 1 and Epperson ("Erik Okuzaki") from Juvenile 1's Facebook page.  The chat conversations listed below are relevant excerpts for the affidavit and may not be the full chat between the listed individuals:

On Febuary 6, 2011,  Epperson wrote:

4

7:01pm: lol u still wanna talk on email??? and i want those pix of usssss    at night!!! D:<
:P

7:57pm: haha also i was saying i think about making love with you allllll the time <33333
and saying that was the closest thing i could express it as. i mean like it could have been
less rushed n pantsed lol, but idk it was sooo mmm <33333333333333 like omg i love u
soo much <3333 just loving you, and coming all that way, and doing it slow and long was
like heaven <333333333333333333

8:10pm: ikr [I know right]!?!?!!?!? soo how was it baby? u never told me about what u
thought and felt <3333 like go into detail about it :) i like love when you give me details


Juvenile 1 responded on February 6, 2011
8:10pm: Sorry, watching glee.
Can't concentrate xDDD
will email you longgg about it :p


On February 15, 2011,  Epperson wrote:
7:12am: Ik :(. I love u beany baby.
7:20am: Baby I could never not marry u! U are my Japanese godess :P. I love u (juvenile
1) and I won't rest till we walk down the isle
8:22am: I cant wait to kiss u,lick u, touch u, please u, squeez u, and give u a bj again.
8:57am: Marry me!!! I love u baby
9:13am: Hurry up and get older!
11:29am: i cant wait till u do :3 cuz it will make me soo happy that u are doing somthing
u wouldnt do 4 any one. It would truely make me feel special.


On February 15, 2011 Juvenile 1 responded:
7:14am: I love you so much, babe. Please please don't ever forget or doubt that I do. I do
want to marry you & I plan on doing so, whether you like it or not  ! :p
7:25am: I love love love love love love love love love you, Erik scott Epperson. One day
you'll be my husband, and the daddy to my babeys, but you will always be my love
8:25am: Mmmm<33 I can't wait to never give you a bj:')
10:52am: went shopping wif my mommy :p
:')
talking now.
so, let's get married when Im 17 :)


On February 15, 2011 Epperson responded
10:14pm: upload the pic  I want, and any that shows ur whole body! I don't have ANY
were I can see ur lower half in ur undies:'( and ik I took sum </3 u are hiding them </333
10:18pm: nawww u do, u just didn't give them all 2 me thennn>> cuz I knowww for a
fact I took one with us laying down and ur up against the couch in ur bra and undies and u
can see your whole body, the image is burned into my mind, its one of the most important
ones><'

5

12. On April 7, 2011, Juvenile 1 was shown a color photograph of Epperson from the

Indiana Department of Motor Vehicles. Juvenile 1 said she had never seen that photograph

before, but it was Epperson. Juvenile 1 met Epperson on the Internet via Facebook.com, through

another friend's page. Epperson "friended" Juvenile 1, and she added him to her list of friends

who could view her page and communicate with her. This was before December, but not before

the Thanksgiving holiday. Juvenile 1 was reminded that on her Facebook page she lists her

relationship anniversary date as December 9, 2010. She advised that they became friends before

that date, but got a lot closer and started sending messages to each other around the beginning of

December. Juvenile 1 advised that Epperson sent her a nude picture of his genitals only one

time, and that he probably sent it to her yahoo or hotmail email address but she is not sure which

one. Juvenile 1 deleted it so no one else would see it. Epperson did ask her to take pictures of

herself nude and send them to him, but Juvenile 1 denied doing so. Juvenile 1 believed Epperson

has a laptop as he has talked about it before to her. The two have communicated on their house

phones, cellular phones, chats through their ipods, Facebook, and emails, in addition to meeting

the one time in January.

13. On May 13, 2011, Facebook.com returned information from the Facebook page of

Erik Epperson (aka Erik Okuzaki and/or Tomoyo Yamasaki on Facebook), pursuant to a search

warrant filed in the Southern District of California. During a search of those results, it was

discovered that Epperson has been chatting with numerous female high school students. Several

times, he chats with an individual named Juvenile 2:

On April 14, 2011 3:49:04 Epperson wrote to Juvenile 2 (not yet fully identified by law

enforcement):

> Lol yrs do that till ur 18 then I will bang u and make u cumm 3 times the first time.
> Mmmm u always make me wanna go down on u ><.
> 3:49:17 Shhh on that 2

Juvenile 2 responded on the same date at 3:51:46:

> ....lol I will be 18 in 5 years babe ur gonna wait that long? Hahah okay I would
> loveeeeeeeeeee if you did, an how cum XD its funny out of all things ur always like
> mehhhhhhhhhhh go down

Epperson responded at 3:55:115:

> ? idk why lol I just wanna suck your fucking dick, and ik Ud let me do that wayyyyy b4
> Ud lemme in u ><. Yes I will wait, if I have to! N u promised me ur
> ? v card! I want it!!!!!!!! Lol....

Epperson responded at 04:21:30:

> ...I think imma beat off, while talking to u lol

On February 26, 2011, Epperson and Juvenile 2 are discussing meeting at a shopping mall.

At 17:14:06, Epperson told Juvenile 2:

> Isnt ur mom goina b there?

Juvenile 2 17:16:56:

> At the end of the mall.  she dosnt care wat i do and who im with cos shes somewhere
> there but dnt worry shes not gona like follow me hahah

Epperson 17:35:56:

> I don't want her 2 c u with me

Juvenile 2 18:11:58

> shes not gona

Epperson 18:26:04:

> How? If were walkin around the mall and she is there.  Then thts    risky 2 me! We will
> haue 2 leave

On January 28, 2011, Epperson had an angry exchange with an individual referred to as

Witness 2 (not yet fully identified by law enforcement).  Witness 2 told Epperson to stay away

from the underage girls he continues to associate with.

01:33:57 Witness 2:

....It's a definite problem, you are being a fuckin pedophile and that shit is NOT COOL. IT'S FUCKED UP, ERIK. REALLY FUCKED UP......Oh & try not to get arrested in California. You're being a fucking idiot.

02:29:28:   Seriously, you're making excuses to justify your interest in children....

2:40:45 Epperson:

....Any under aged girl iv fucked around with wanted sex and nothing more, and thats not fucking taking advantage of shit, when they text me "hey ;)  wanna fuck?" iv only dated one underage girl. last year. Cept that one fb girl...and shes fucking cool as hell. And its on FB!

04:09:59: Witness 2:

....Here's the fucking thing, Erik. You are too old for these little girls. Kylee turns 14 tomorrow. THINK ABOUT THAT SHIT.

14. Included in the Facebook search results are exchanges between Epperson and other individuals in which Epperson tells people "my laptop crashed", or "I'm on my laptop"... Epperson also tells individuals that he flew to San Diego, CA (February 9, 2001 03:36:57 Epperson tells Witness 3 (not fully identified by law enforcement) that he went to San Diego "for a Japanese girl"). It should be noted that Juvenile 1 appears to be of Asian background.

15. On July 6, 2011, SA Overton conducted online public source database searches on Epperson. Epperson's address was listed as 1101 N. Sterling Ave., Veedersburg, IN. The cellular telephone number 765-585-4257, reportedly used by Epperson, was listed as belonging to Epperson at the premises.

16. On July 6, 2011, Officer Finney conducted an Indiana BMV search of a vehicle listed in a public database source as belonging to Epperson. The vehicle was listed as a Dodge Dakota with a VIN of 1B7GL2AN5YS764213. The Indiana BMV had the vehicle registered to Epperson at 1101 N. Sterling Ave., Veedersburg, Indiana. The vehicle was listed as green in

color, had an Indiana license plate of 1367617, and was valid until April 2012.

17. On July 7, 2011, a search warrant was obtained by the Honorable Magistrate Judge Craig M. McKee for the residence of 1101 N. Sterling Avenue, Veedersburg, Indiana. On July 8, 2011, law enforcement personnel went to that residence and Epperson was no longer living at the residence. Law enforcement received information that Epperson was living at 1834 S. New Liberty Road, Veedersburg, IN. Law enforcement traveled to the New Liberty Road location.

18. Epperson was contacted and advised of his *Miranda* rights. Epperson agreed to be interviewed and signed an advice of rights form. Epperson also executed a written consent to search his bedroom, his cell phone, and his storage locker.

19. Epperson stated he was currently employed at a pizza restaurant in Veedersburg, Indiana. He stated he was in the process of joining the Navy so that he could travel to Japan and see the world. He stated his only criminal history was being cited for a curfew violation and possession of marijuana when he was 15-16 years old. Epperson stated he assumed the officers were at his house because he went to California in January 2011 to visit a minor. Epperson acknowledged Juvenile 1's name and stated that he could stay with her if he came to California. Epperson stated he met Juvenile 1 on Facebook in 2010. He posted pictures of himself on Facebook and soon thereafter, Juvenile 1 "friended" him. Epperson stated he did not know her age initially but that she looked 17-19 years old. They started talking online in approximately October 2010, and he then learned that she was 14 years old in December 2010. Epperson stated that he fell in love with her and connected with her on a mature and intellectual level. Epperson stated their conversations were affectionate. He stated he last spoke to her earlier in the same week (i.e. week of July 4) and she broke up with him due to the stress of the investigation.

9

Epperson acknowledged he continued to talk with her even knowing the FBI was investigating from January 2011. Epperson stated he loved her and planned to marry her when she became old enough. Epperson stated he met Juvenile 1 in January 2011. He knew she was 14 years old prior to flying there to meet her. He stated he used the invitation to see California because he always wanted to go to California and would have gone even if a "40 year old dirty man" had invited him.

20. Epperson admitted to having sexual intercourse with Juvenile 1 on the night he stayed with her in California. He believed he had sex with her twice at her step-sister's house (one time in the kids' bedroom and one time on the couch). Epperson stated he did not use a condom and believed Juvenile 1 to be on birth control. Epperson said he tried to have sex with Juvenile 1 in the shower the next morning, and admitted performing oral sex on Juvenile 1. Epperson stated he took pictures of he and Juvenile 1 together in the living room including the pictures of Juvenile 1 in her underwear.

21. Epperson stated he communicated with Juvenile 1 through Facebook, telephone, Skype, and webcam; mostly by telephone and Facebook. Epperson stated he used a few different cellular telephones when talking with Juvenile 1. Epperson stated he communicated with Juvenile 1 and other minors on his Dell laptop. Epperson admitted to having sent nude pictures of his penis to several girls. Epperson stated he could not find any girls over 18 years old to date because of what he believed to be his own 15 year old girl personality. Epperson stated he loved cute things, especially anything that was "Hello Kitty" brand items. Epperson stated he dyed his hair and sometimes wore feminine clothing (including Hello Kitty brand clothing) to get a reaction out of people.

10

22.  Epperson admitted that, in addition to Juvenile 1, he had recently had sex with several underage girls and had not, as far as he knew, had sex with any girl under age 14 unless they had lied to him.  Epperson admitted to having sex with the following girls: (1) Juvenile 2 (not yet identified by law enforcement), age 14, from Veedersburg, Indiana and they had sex in 2010 once at her mother's house and once at a county fair; (2)  Juvenile 3 (not yet identified by law enforcement), age 17, from Danville, Illinois and they had sexual intercourse in 2010 on at least three occasions in his Honda CRV in Danville, Illinois; (3) Juvenile 4 (not yet identified by law enforcement), age 16, from possibly Lafayette, Indiana and they had sexual intercourse in 2010 in his car near Attica, Indiana; (4) Juvenile 5 (not yet identified by law enforcement), age 17, from Crawfordsville, Indiana, and they had sexual intercourse at least 5 times in 2011; (5) Juvenile 6 (not yet identified by law enforcement), age 16, from Lafayette, Indiana, and they had sexual intercourse at least two times in his vehicle; (6) Juvenile 7 (not yet identified by law enforcement), age 16, from Lafayette, Indiana, with a distinctive tattoo on her body and a child, and they had sexual intercourse at least 3 times in 2010 or 2011; (7) Juvenile 8 (not yet identified by law enforcement), age 15, from Veedersburg, Indiana, and they had sexual intercourse once at her sister's apartment in 2010; (8) Juvenile 9 (not yet identified by law enforcement), age 16, from Attica, Indiana, and they had sexual intercourse with her 1-2 times in his car in 2010; (9) Juvenile 10 (not yet identified by law enforcement), age 18 now, from Danville, Illinois, and they had sexual intercourse about 3-4 times in his vehicle in Danville, Illinois, in 2009.

23.  Epperson admitted being Facebook friends with Juvenile 11 (not yet identified by law enforcement), age 13, from Lafayette, Indiana, but stated they never had sex, but they had kissed at a party in 2010.  When Eppeson was asked about sexually charged chat with Juvenile

11

11, Epperson stated that any chat was "bull shut" and no sexual activity ever took place with Juvenile 11.

24. Epperson stated that his flash drive was videos of him having sex with three underage females. Epperson stated he used his cellular telephone to record the sexual activity, then he downloaded it to his flash drive. Epperson stated he recorded himself having sexual intercourse with Juveniles 3, 6, 7. Epperson stated he took pictures of Juvenile 2's breasts but deleted them. Epperson stated he took a picture of Juvenile 6's nude vagina because it looked nice. He stated he did not often take these types of pictures because he was "not into vagina pics." Epperson stated there might be other child pornography on his computer in a folder called "Cute Girls." Epperson stated he received his child pornography from random sites on the internet and has used the software program "U Torrent" to download Japanese pornography. Epperson stated he liked girls who dressed gothic or punk style. Epperson admitted to having kept the underwear that was recovered by officers during the consent search and that the four pairs belonged to Juveniles 1, 3, 5, and 6.

25. I believe there is probable cause to believe that: Erik Epperson, a white male, 1989, age 22 now, but age 21 in January, 2011, did knowingly travel in interstate commerce, on at least one occasion, in January 2011 for the purpose of engaging in illicit sexual conduct with a minor, in violation of Title 18, United States Code, Section 2423(b). SA Robinson obtained an arrest warrant for Epperson in the Southern District of California for the violation of Title 18 United States Code, Section 2423. In committing violation of Title 18 United States Code, Section 2423(b), there is probable cause to believe that Epperson has communicated with Juvenile 1 and other Juveniles on their house phones, cellular phones, chats through their ipods, Facebook, and

12

emails at the premises.  The preview of Epperson's computer hard drives and media has uncovered videoclips of Epperson having sexual intercourse with a girl in a car, with a girl in a bathroom who has a distinctive tattoo on her body, and with a girl in an unknown bedroom space. Law enforcement is still determining the identity of these girls.

I respectfully request an arrest warrant be issued.

Special Agent Jacob A. Overton
Federal Bureau of Investigation

Sworn to and subscribed before me on this **29** day of July, 2011.

Craig M. McKee
United States Magistrate Judge

13